No. 12–0278/AR.   U.S. v. Richard J. McInnish.   CCA 20090923.   Review granted on the following issue:

> WHEN THE GOVERNMENT FAILS TO ALLEGE AN ARTICLE 134 TERMINAL ELEMENT, THE CHARGE FAILS TO STATE AN OFFENSE UNLESS THE TERMINAL ELEMENT CAN BE "NECESSARILY IMPLIED" FROM THE LANGUAGE OF THE SPECIFICATION. THE MISSING TERMINAL ELEMENTS FROM SPECIFICATIONS 1, 2 AND 3 OF CHARGE IV CANNOT BE NECESSARILY IMPLIED FROM THE TEXT.   IS THE CHARGE FATALLY DEFECTIVE?

No briefs will be filed under Rule 25.

Misc. No. 12–8016/AR.   Edwin M. Ackerman, Petitioner v. United States, Respondent.   Notice is hereby given that a motion to vacate, set aside or correct sentence pursuant to 28 USCS § 1651, which this Court construed as petition for extraordinary relief, was filed under Rule 27(a) by mail on August 1, 2011, and placed on docket this 14th day of February, 2012.   On consideration thereof, it is ordered that said petition is hereby denied.

Misc. No. 12–8016/AR.   Edwin M. Ackerman, Petitioner v. United States, Respondent.